IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT GRUMBACK and SUSAN GRUMBACK | : : : : : : : : : : : : : : | CIVIL ACTION NO. 02-CV-3935 ENTRY OF APPEARANCE |
| Plaintiffs, | | |
| v. | | |
| BAYER CORPORATION; BAYER AG; GLAXOSMITHKLINE, PLC; GLAXOSMITHKLINE; SMITHKLINE BEECHAM | | |
| Defendants. | | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____        _____
Hope S. Freiwald                                              Aline Fairweather


_____        _____
Alison T. Conn                                                Kirstin J. Miller


Dated:  July _____, 2002            DECHERT PRICE & RHOADS
                                                              4000 Bell Atlantic Tower
                                                              1717 Arch Street
                                                              Philadelphia, PA  19103-2793
                                                              (215) 994-4000