IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT GRUMBACK and<br>SUSAN GRUMBACK | :<br>:<br>: | CIVIL ACTION NO.  02-CV-3935 |
| Plaintiffs, | :<br>: | |
| v. | :<br>: | |
| BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM | :<br>:<br>:<br>:<br>:<br>: | ENTRY OF APPEARANCE |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____        _____
Hope S. Freiwald                                                 Aline Fairweather


_____        _____
Alison T. Conn                                                   Kirstin J. Miller


Dated:  July _____, 2002            DECHERT PRICE & RHOADS
                                      4000 Bell Atlantic Tower
                                      1717 Arch Street
                                      Philadelphia, PA  19103-2793
                                      (215) 994-4000